jinmuetal

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00072 |
| Plaintiff. ) | **INDICTMENT** |
| vs. ) | **CONSPIRACY TO SMUGGLE ALIENS** [8 U.S.C. §§ 1324(a)(1)(A)(i) & (v)(I) & (V)(II) and 6 U.S.C. §§ 251& 557] (Count I) |
| JIN MU, ) YI XU CHEN, ) XIU YAN LI, and ) RONG HUA TONG, ) | **ALIEN SMUGGLING** [8 U.S.C. § 1324(a)(1)(A)(i) and 18 U.S.C. § 2 and 6 U.S.C. §§ 251 & 557] (Counts II-X) |
| Defendants. ) | **IMPROPER ENTRY BY ALIEN** [8 U.S.C. §§ 1325(a)(1) & (2)] (Count XI) |

THE GRAND JURY CHARGES:

### COUNT I - CONSPIRACY TO SMUGGLE ALIENS

On or about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that nine persons were aliens, to wit: Hui Fang Ling, Wei Shun Ye, Qiu Xian Lin, Hai Xuan Zhou, Qing Di Hu, Xiao Jian Yang, Mian Duo Chen, Xiu Yan Li and Rong Hua Tong, did knowingly and willfully conspire to bring said aliens to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and to aid and abet the commission of this conspiracy in violation of Title 8,

1

United States Code, Sections 1324(a)(1)(A)(i) and (v)(I) and (v)(II) and Title 6, United States Code, Sections 251 and 557.

## COUNT II - ALIEN SMUGGLING

On about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that a person was an alien, to wit: Hui Fang Ling, did bring said alien to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Section 2; and, Title 6, United States Code, Sections 251 and 557.

## COUNT III - ALIEN SMUGGLING

On about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that a person was an alien, to wit: Wei Shun Ye, did bring said alien to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Section 2; and, Title 6, United States Code, Sections 251 and 557.

## COUNT IV - ALIEN SMUGGLING

On about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that a person was an alien, to wit: Qiu Xian Lin, did bring said alien to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Section 2; and, Title 6, United States Code, Sections 251 and 557.

## COUNT V - ALIEN SMUGGLING

On about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that a person was an alien, to wit: Hai Xuan Zhou, did bring said alien to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States

Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Section 2; and, Title 6, United States Code, Sections 251 and 557.

## COUNT VI - ALIEN SMUGGLING

On about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that a person was an alien, to wit: Qing Di Hu, did bring said alien to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Section 2; and, Title 6, United States Code, Sections 251 and 557.

## COUNT VII - ALIEN SMUGGLING

On about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that a person was an alien, to wit: Xiao Jian Yang, did bring said alien to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Section 2; and, Title 6, United States Code, Sections 251 and 557.

## COUNT VIII - ALIEN SMUGGLING

On about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that a person was an alien, to wit: Mian Duo Chen, did bring said alien to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Section 2; and, Title 6, United States Code, Sections 251 and 557.

## COUNT IX - ALIEN SMUGGLING

On about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that a person was an alien, to wit: Xiu Yan Li, did bring said alien to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code,

Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Section 2; and, Title 6, United States Code, Sections 251 and 557.

### COUNT X - ALIEN SMUGGLING

On about February 27, 2004, within the District of Guam and elsewhere, the defendants, JIN MU and YI XU CHEN, knowing that a person was an alien, to wit: Rong Hua Tong, did bring said alien to the United States at a place other than a designated port of entry for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); Title 18, United States Code, Section 2; and, Title 6, United States Code, Sections 251 and 557.

### COUNT XI - IMPROPER ENTRY BY ALIEN

On February 27, 2004, within the District of Guam, the defendants, XIU YAN LI and RONG HUA TONG, did knowingly and intentionally enter or attempt to enter the United States at a time or place other than as designated by immigration officers; and knowingly and intentionally eluded examination or inspection by immigration officers, in violation of Title 8, United States Code, Sections 1325(a)(1) and (2).

DATED this 5th day of October, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _Frederick A. Black For K.J._
KARON V. JOHNSON
Assistant U.S. Attorney

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

4