# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

*RECEIVED -5 OCT 2005 14 00 01*

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>YI XU CHEN<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-05-00072-002 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, October 7, 2005 at 10:00 a.m.** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

18:1324(a)(1)(A)(i) and (v)(I) and (v)(II) & 6:251 and 557 - CONSPIRACY TO SMUGGLE ALIENS (COUNT 1)

18:1324(a)(1)(A)(i) and 1324(a)(1)(B)(i); 18:2 & 6:251 and 557 - ALIEN SMUGGLING (COUNTS 2 THRU 10)

**FILED**
DISTRICT COURT OF GUAM
OCT - 6 2005
MARY L.M. MORAN
CLERK OF COURT

_____
**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*(signature)* Marilyn B. Alcon
Signature of Issuing Officer

_____
**October 5, 2005**
Date


Case 1:05-cr-00072   Document 3   Filed 10/06/2005   Page 1 of 2

# RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 10/06/05 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Department of Corrections Transport Section (CCI Zaragoza)

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  10/06/05            J.L.G. Salas
             Date                Name of United States Marshal

                                 Sp. Dusm W?
                                 (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.