# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Yi Xu Chen <br><br> Defendant. | Case No. 1:05-cr-00072-002 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***CJA-20 Voucher and CJA-21 Voucher, filed October 21, 2005*** on the dates indicated below:

*Samuel Teker*
*October 31, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

***CJA-20 Voucher and CJA-21 Voucher, filed October 21, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 1, 2005                    /s/ Rosita P. San Nicolas
                                                              Chief Deputy Clerk