jinmudismiss2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 10 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00072 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS INDICTMENT** |
| JIN MU, YI XU CHEN, XIU YAN LI, and RONG HUA TONG, | ) |
| Defendants. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendants, JIN MU and YI XU CHEN, be dismissed, for the reason that the defendants have been charged through an Indictment on November 9, 2005 under Criminal Case No. 05-00083, which said Indictment has incorporated the criminal acts described in this case.

Respectfully submitted this 9th day of November 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney