LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00072 |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| | ) re: November 10, 2005 |
| JIN MU, | ) **United States' Motion to Dismiss** |
| YI XU CHEN, | ) **Indictment** |
| XIU YAN LI, and | ) |
| RONG HUA TONG, | ) |
| Defendants. | ) |

The United States' Motion to Dismiss Indictment, as to defendants, JIN MU and YI XU CHEN, filed on November 10, 2005, is hereby granted.

IT IS SO ORDERED this 14th day of November 2005.

_____
ROBERT CLIVE JONES*
UNITED STATES DISTRICT JUDGE

---

*The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.

**ORIGINAL**